ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 SEP 17 PM 2:21
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| BILLY JOE GREY, JR., and MICHELLE GREY, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CIVIL ACTION NO. CV 312-053 |
| JOHN EDWARD WILLIAMS, JOHN WILLIAMS TRUCKING, and PROGRESSIVE MOUNTAIN INSURANCE COMPANY, | * * * * * | |
| Defendants. | * | |

# O R D E R

On May 2, 2014, this Court granted summary judgment to Defendant Progressive Mountain Insurance Company ("Progressive") on all of Plaintiffs' claims. On May 9, 2014, Plaintiffs filed notice that they intended to pursue claims against the remaining defendants. Plaintiffs also filed a motion for reconsideration respecting the Order of May 2, 2014, which the Court denied on July 30, 2014.

On August 29, 2014, Progressive filed a motion for attorney's fees. While awaiting a response to the motion, the Court received Plaintiffs' "Stipulation of Voluntary Dismissal with Prejudice" as to all remaining claims. Progressive has now withdrawn its motion for attorney's fees.

Upon the foregoing, and upon due consideration, this

Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against the remaining Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions, including Progressive's motion for attorney's fees, and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE